IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RYAN ALLEN NUTT
ADC #152866                                                                                                PLAINTIFF

V.                                    No. 4:14CV00116 JMM-BD

LYNN BENEDICT, et al.                                                                              DEFENDANTS

## ORDER

On February 26, 2014, Ryan Allen Nutt, an Arkansas Department of Correction inmate, filed a Complaint (docket entry #2) under 42 U.S.C. § 1983. Mr. Nutt alleges that his constitutional rights were violated when he was arrested, charged, and convicted of murder in Pike County, Arkansas.

Pike County is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(b). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 7th day of March, 2014.


_____
UNITED STATES DISTRICT JUDGE